RUSH MOORE LLP
A Limited Liability Law Partnership

SUSAN TIUS            2873
CHERYL A. NAKAMURA    3007
LISA STRANDTMAN       5604
737 Bishop Street, Suite 2400
Honolulu, Hawaii  96813-3862
Telephone No.: (808) 521-0406
Facsimile No. (808) 521-0497
E-mail: Stius@rmhawaii.com
E-mail: Cnakamura@rmhawaii.com
E-mail: Lstrandtman@rmhawaii.com

Attorneys for Defendants AMERICAN SAVINGS
BANK, F.S.B.; MERSCORP, INC.; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS; MARC
IOANE, ASSISTANT VP PRESIDENT OF AMERICAN
SAVINGS BANK, FSB AND CERTIFYING OFFICER OF
MERS; and SUSAN TILDEN LAU, SR. VP PRESIDENT
OF AMERICAN SAVINGS BANK, FSB AND CERTIFYING
OFFICER OF MERS

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| TIMOTHY J. FITZGERALD and VIRGINIA PARSONS,<br><br>            Plaintiffs,<br><br>    vs.<br><br>AMERICAN SAVINGS BANK, F.S.B.; MERSCORP, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; MARC IOANE, ASSISTANT VP PRESIDENT OF AMERICAN SAVINGS BANK, FSB AND CERTIFYING OFFICER OF MERS; SUSAN TILDEN LAU, SR. VP PRESIDENT OF AMERICAN SAVINGS BANK, FSB AND CERTIFYING OFFICER OF MERS; AND DOES 1 THROUGH 20 INCLUSIVE,<br>            Defendants. | CIVIL NO. 11-00199 DAE RLP<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES<br><br>(Related to Docket Nos. #s 1, 36, 37, 49)<br><br>Pre-trial Conference:<br>Date: May 15, 2012<br>Time: 9:15 a.m.<br>Magistrate Judge: R. Puglisi<br><br>Trial: June 26, 2012 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

The parties having reached a settlement of this case, it is hereby stipulated by and between Plaintiff TIMOTHY J. FITZGERALD, Plaintiff Real Party in Interest DANE S. FIELD, Trustee Of the Bankruptcy Estate of VIRGINIA PARSONS (Dkt # 28) and Defendants AMERICAN SAVINGS BANK, F.S.B.; MERSCORP, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; MARC IOANE, ASSISTANT VP PRESIDENT OF AMERICAN SAVINGS BANK, FSB AND CERTIFYING OFFICER OF MERS; SUSAN TILDEN LAU, SR. VP PRESIDENT OF AMERICAN SAVINGS BANK, FSB AND CERTIFYING OFFICER OF MERS (collectively "Defendants"), being all of the parties who have appeared herein, by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LR 41.1 of the Rules of the District Court for the District of Hawaii, that any and all claims against Defendants arising out of Plaintiffs' Complaint filed on March 28, 2011 (Dkt # 1) and Amended Complaint filed herein on November 12, 2011 (Dkt. # 37), are hereby dismissed with prejudice as against all Defendants.

Except as agreed to by the parties pursuant to a settlement agreement, each party shall bear its own costs and attorneys' fees. The parties hereto further agree that the Court retains jurisdiction to reopen the proceeding, upon good cause shown, to enforce the terms and conditions of the

settlement.

DATED: Honolulu, Hawaii, MAY 30, 2012.

_____
ARNOLD THIELENS PHILLIPS
Attorney for Plaintiff
TIMOTHY J. FITZGERALD

_____
ENVER W. PAINTER, JR.
Attorney for Dane S. Field,
Trustee Of the Bankruptcy
Estate of Virginia Parsons

_____
SUSAN TIUS
Attorneys for Defendants
AMERICAN SAVINGS BANK, F.S.B.;
MERSCORP, INC.; MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS; MARC IOANE, ASSISTANT
VP PRESIDENT OF AMERICAN
SAVINGS BANK, FSB AND
CERTIFYING OFFICER OF
MERS; and SUSAN TILDEN LAU,
SR. VP PRESIDENT OF AMERICAN
SAVINGS BANK, FSB AND
CERTIFYING OFFICER OF MERS

APPROVED AS TO FORM:

_____
United States District Judge

_____
Timothy J. Fitzgerald et al. v. American Savings Bank, F.S.B., et al; Civil
No. 11-00199 DAE RLP, Stipulation for Dismissal with Prejudice of All Claims
and All Parties